IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr76

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JASON STURGILL | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of the sentencing hearing in this matter from July 12, 2006 in the Charlotte Division. (Doc. No. 16).

For the reasons stated in the defendant's motion, the Court finds sufficient cause for a continuance in this matter.

**IT IS THEREFORE ORDERED** that the sentencing hearing in the above captioned case be continued to a date to be announced by separate notice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: July 13, 2006

Robert J. Conrad, Jr.
Chief United States District Judge